AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ZAID MOHAMMAD MAHDAWI<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00313<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 10/02/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ July 24, 2024 _____ in the county of _____ in the
_____ District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destruction of Government Property (Less Than $1,000) |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

█████████████████████
*Complainant's signature*

████████ SA, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____ 10/02/2024 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____       Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*