# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-313 |
| | : | |
| ZAID MOHAMMAD MAHDAWI, | : | VIOLATION: |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Destruction of Government Property (Less Than $1,000)) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 24, 2024, within the District of Columbia, **ZAID MOHAMMAD MAHDAWI** did willfully injure and commit depredation against property of the United States, and of any department or agency thereof, and any property which had been and is being manufactured and constructed for the United States, and any department or agency thereof, that is, the Columbus Foundation in Columbus Circle, causing damage in an amount less than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Sarah Martin*
SARAH MARTIN
Assistant United States Attorney
D.C. Bar No. 1612989
601 D Street, N.W.
Washington, DC 20530
202-252-7048
Sarah.Martin7@usdoj.gov